**Order filed December 13, 2018**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-18-00105-CV

_____

**DOUBLE DIAMOND, INC., DOUBLE DIAMOND
MANAGEMENT CORPORATION, DOUBLE DIAMOND
UTILITIES CO., CLIFFS GOLF, INC., AND R. MIKE WARD,**
**Appellants**

**V.**

**DAN DIPPREY, CURTIS PRIDDY, KEN HILL, AND KEN HILL
INVESTMENT GROUP, INC., Appellees**

**On Appeal from the 29th District Court**

**Palo Pinto County, Texas**

**Trial Court Cause No. C47833**

### O R D E R

Appellants—Double Diamond, Inc., Double Diamond Management
Corporation, Double Diamond Utilities Co., Cliffs Golf, Inc., and R. Mike Ward—
have filed this interlocutory appeal of an order entered by the trial court on March 28,

2018. Appellants contend that this order constitutes an improper temporary injunction and that they are entitled to pursue an interlocutory appeal of it.

By its express terms, the trial court's March 28, 2018 order applied to a special meeting of the members of The Cliffs Property Owners' Association, Inc. that occurred on March 24, 2018. Documents filed in this case as well as in two related mandamus proceedings indicate that this meeting occurred and that the votes taken at the meeting have been tabulated and acted upon by the parties and the trial court. Furthermore, the trial court has entered subsequent orders pertaining to the matters addressed in the March 28, 2018 order that have the effect of superseding the March 28, 2018 order. Accordingly, it appears that the March 28, 2018 order is now moot.

This appeal will be dismissed for want of jurisdiction unless the parties submit in writing within ten days of the date of this order a valid basis for continuing this appeal.

PER CURIAM

December 13, 2018

Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.